**IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| **AMAR SHAKTI ENTERPRISES, LLC, a Florida corporation, ORLANDO LODGING ASSOCIATES, LLP, an Indiana limited liability company, SHAKTI INVESTMENT, INC., an Arizona corporation, RAM-LAKHAN, INC., a North Carolina corporation, NATU PATEL, an individual, SHIVA INVESTMENTS, LLC, an Arkansas limited liability company, MHB, LLC, a North Carolina limited liability company, CABOT HOSPITALITY, LLC, an Arkansas Limited liability company, BAL KISHAN, INC., a North Carolina corporation, TESHARA INVESTMENTS, LLC, an Arizona limited liability company, and all others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **Case No.: 6:10-cv-1857-Orl-31KRS** |
| **WYNDHAM WORLDWIDE, INC., a Delaware corporation, SUPER 8 WORLDWIDE, INC. f/k/a SUPER 8 MOTELS, INC., a South Dakota corporation, DAYS INNS OF AMERICA, II, INC. f/k/a DAYS INNS OF AMERICA, INC., a Delaware corporation, DAYS INNS WORLDWIDE, INC., a Delaware Corporation, AMERIHOST FRANCHISE SYSTEMS, INC., a Delaware corporation, RAMADA WORLDWIDE, INC. f/k/a RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation,** | <u>**JOINT NOTICE OF SETTLEMENT**</u> |
| **Defendants.** | |

The parties hereby inform the Court that they have reached a settlement in this case.

Pursuant to that agreement, the Plaintiffs will be filing with the Court an unopposed motion

for voluntary dismissal of their claims with prejudice. In addition, and pursuant to Federal

Rule of Civil Procedure 41(a)(1), Wyndham will be filing a motion to dismiss its counterclaims without prejudice. The parties intend to make these filings as soon as all signatures to the settlement agreement have been obtained, and no later than Monday, April 16, 2012.

Date: April 5, 2012                                          Respectfully submitted,


/s/ Steven R. Jaffe                                          /s/ Dennis P. Waggoner

Steven R. Jaffe, Esq.                                        Benjamin H. Hill, III (FBN 094585)
Florida Bar No. 0390770                                      bhill@hwhlaw.com
**Farmer, Jaffe, Weissing,**                                 Dennis P. Waggoner (FBN 509426)
**Edwards, Fistos & Lehrman, PL**                            dwaggoner@hwhlaw.com
425 N. Andrews Ave., Suite 2                                 HILL, WARD & HENDERSON P.A.
Fort Lauderdale, FL 33301                                    101 East Kennedy Blvd., Suite 3700
(954) 524-2820                                               P.O. Box 2231
(954) 524-2822 fax                                           Tampa, FL 33602
                                                             Phone: (813) 221-3900
Counsel for Plaintiffs                                       Facsimile: (813) 221-2900

                                                             Eugene F. Assaf, P.C. (*pro hac vice*)
                                                             Christopher C. Posteraro (*pro hac vice*)
                                                             Daniel A. Bress (*pro hac vice*)
                                                             K. Winn Allen (*pro hac vice*)
                                                             KIRKLAND & ELLIS LLP
                                                             655 15th St., N.W.
                                                             Washington, D.C. 20005
                                                             Phone: (202) 879-5000
                                                             Facsimile: (202) 879-5200

                                                             Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Dennis Waggoner

3044694v1